```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0210--CV (JKS)
                 "USA V THOMAS W. GREENBERG"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/15/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (510) Vacate sentence (2255)

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | No counsel found for this party! |
| DEF 1.1 | GREENBERG, THOMAS W. | No counsel found for this party! |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0210--CV (JKS)
                              "USA V THOMAS W. GREENBERG"

                                   For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 09/15/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (510) Vacate sentence (2255)

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: In Forma Pauperis
         Trial by:


Document #  Filed      Docket text

NOTE -   1  09/15/04   Notation: ALL FUTURE FILINGS ARE TO BE INTO A02-0096CR (JKS).
```