IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>THOMAS W. GREENBERG,<br><br>　　　　　Defendant. | Case No. 3:02-CR-00096-JKS<br><br>**<u>JUDGMENT<br>IN A § 2255 CASE</u>** |
|---|---|

_____   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_   **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's application for post-conviction relief pursuant to 28 U.S.C. § 2255 is **DISMISSED** with prejudice.

APPROVED:

/s/ James K. Singleton, Jr.
　**JAMES K. SINGLETON, JR.**
United States District Judge

| July 7, 2006 | IDA ROMACK |
|---|---|
| Date | Clerk |
| | Linda Christensen |
| | (By) Deputy Clerk |

JUDGMENT IN A 2255 CASE

1